425 A.2d 845

Commomwealth v. Langdon, Appellant.

Submitted April 12, 1979. Paulette J. Balogh, Assistant Public Defender, for appellant; Robert L. Eberhardt, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.